UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED
FEB 1 7 2015
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY

USA §
§
vs. § Case Number: AU:14-CR-00331(1)-LY
§
(1) Nikolina Maskarin §
*Defendant*

## CONSENT TO ADMINISTRATION OF GUILTY PLEA AND FED. R. CRIM. P. 11 ALLOCUTION BY UNITED STATES MAGISTRATE JUDGE

I, (1) Nikolina Maskarin, the defendant in the above-numbered and styled cause, with the advice and consent of my attorney, hereby agree and consent to be advised of my rights and to enter a voluntary plea of guilty before a United States Magistrate Judge. I understand that the plea is subject to the approval of the United States District Court and that sentencing will be conducted by the District Court.

SIGNED this 17th day of February, 2015.

_____
(1) Nikolina Maskarin
*Defendant*

_____
Stephen M. Orr
*Attorney for Defendant*

_____
Mark H. Marshall
*Assistant U.S. Attorney*